UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PEDRO BONET,

                Plaintiff,

                                                              ORDER

           -vs-                                                      99-CV-6492

CAPTAIN S. KHAHAIFA, et al.,

                Defendants.
_____

On January 31, 2006, plaintiff filed a motion for an extension of time to file a response to defendants' motion for reconsideration and partial summary judgment (Dkt. #114). On March 14, 2006, plaintiff filed a response (Dkt. #117) to the defendants' motion (Dkt. #111); therefore, plaintiff's motion for an extension of time (Dkt. #114) is denied as moot.

On February 21, 2006, plaintiff filed a motion to stay these proceedings as he was on a medical "call out" from Upstate Correctional Facility and did not know when he would return (Dkt. #115). It appears that plaintiff has been returned to Upstate Correctional facility and has proceeded with his case by filing a responding document to a pending motion (Dkt. #117). Plaintiff's motion for a stay is denied as moot.

IT IS SO ORDERED.

                                                                       _____
                                                                       DAVID G. LARIMER
                                                                       UNITED STATES DISTRICT COURT

Dated:      Rochester, New York
              April 10, 2006